**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| C.X., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1204-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| Respondent. | : | |

## ORDER

On September 22, 2026, the Court received Petitioner's application for habeas relief under 28 U.S.C. § 2241, which asserted four causes of action: (1) Petitioner had been unlawfully detained under the Immigration and Nationality Act, (2) the revocation of Petitioner's release on her recognizance violated due process, (3) the immigration judge failed to comport with due process when denying bond, and (4) Petitioner's detention is arbitrary and excessive, and it thus violates Petitioner's due process rights. *See generally* Pet., ECF No. 1. On September 29, 2026, Respondent filed a motion to dismiss, arguing only that Petitioner failed to exhaust her administrative remedies because she did not appeal the denial of bond. Resp't's Mot. to Dismiss 3-4, ECF No. 4.

Having considered Petitioner's claims, the Court finds it necessary for Respondent to file a supplemental brief addressing Petitioner's constitutional claims. Accordingly, Respondent is ORDERED to file a brief of not more than twenty pages that addresses Petitioner's constitutional claims within fourteen days of the date of this Order. Petitioner may file any desired reply of not more than fifteen pages within seven

days of the filing of Respondent's supplemental brief.

**SO ORDERED**, this 13th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE